UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUEL STAPLETON,

       Plaintiff,                    CASE NO.: 2:13-cv-11848-SJM-LJM
                                          HON. STEPHEN J. MURPHY III
v.                                      MAG. JUDGE LAURIE J. MICHELSON

CITY OF MELVINDALE,
OFFICER BRIAN BROWNING,
BADGE #ME037

       Defendants.
_____

| GREG LIEPSHUTZ (P37573) | AUDREY J. FORBUSH (P41744) |
|---|---|
| LEVINE BENJAMIN, P.C. | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for Defendants |
| 100 Galleria Officentre – Suite 411 | Plaza One Financial Center |
| Southfield, MI 48034 | 111 E. Court Street – Suite 1B |
| (248) 352-5700 | Flint, MI 48502 |
| (248) 352-1312 – fax | (810) 342-7014 |
| gliepshutz@yahoo.com | (810) 232-3159 – fax |
| | aforbush@plunkettcooney.com |

_____

### DEFENDANTS' WITNESS LIST and PROOF OF SERVICE

    **NOW COME** the Defendants, **CITY OF MELVINDALE AND OFFICER BRIAN BROWNING,** by and through their attorneys, **PLUNKETT COONEY**, and for their list of witnesses who may be called to testify at the trial of the above-entitled cause of action, state as follows:

    1.    Plaintiff, Manual Stapleton

    2.    Ofc. Hinojosa

3. Ofc. Browning

4. Lt. John Bajorek

5. Chief Chad Hayse

6. Ofc. J. Miller

7. Employees, agents, records custodian – Gene's Towing

8. Past and future medical and/or psychological providers of Plaintiff

9. Daniel J. Grant, potential police expert

10. Terry Nerbonne, potential police practice expert

11. Dr. Harvey Ager, potential psychiatric expert

12. Agents, employees, records custodian – Wayne County Sheriff's Department

13. Agents, employees, former employees, representatives and/or records custodian of City of Melvindale and the Melvindale Police Department

14. Agents, employees, former employees, representatives and/or records custodian of Park Urgent Care, 15101 Southfield Road, Allen Park, MI 48101

15. Defendants reserve the right to conduct an independent psychiatric evaluation of Plaintiff and to utilize the testimony of the health care provider performing such evaluation

16. Any and all witnesses identified by any other party to this litigation

17. Any and all necessary rebuttal witnesses

18. Any and all witnesses disclosed throughout the course of discovery including, but not limited to, answers to interrogatories, requests for

production of documents, requests for admissions and deposition testimony, including all exhibits

19. Any and all past and/or present treating physicians of Plaintiff and their records custodians

20. Defendants reserve the right to amend their list of witnesses as discovery proceeds

Respectfully submitted,

**PLUNKETT COONEY**

By */s/Audrey J. Forbush*
AUDREY J. FORBUSH  (P41744)
Attorney for Defendants
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI  48502
(810) 342-7014
aforbush@plunkettcooney.com

Dated:  August 13, 2013

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF GENESEE    )

AUDREY J. FORBUSH, first being duly sworn, deposes and says that on the 13th day of August, 2013, she caused to be served a copy of the enclosed DEFENDANTS' WITNESS LIST and PROOF OF SERVICE, via CM/ECF electronic filing with the United States District Court for the Eastern District of Michigan, Southern Division, which will provide notice of electronic filing to counsel of record.

*/s/Audrey J. Forbush*
AUDREY J. FORBUSH

4

Open.20213.31061.13176534-1