# **EXHIBIT A**

Defendants' Response to Plaintiff's Request to Produce
and Proof of Service

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MANUEL STAPLETON,

    Plaintiff,

v.

CITY OF MELVINDALE,
OFFICER BRIAN BROWNING,
BADGE #ME037

    Defendants.

CASE NO.: 2:13-cv-11848-SJM-LJM
HON. STEPHEN J. MURPHY III
MAG. JUDGE LAURIE J. MICHELSON

---

| | |
|---|---|
| GREG LIEPSHUTZ (P37573)<br>**LEVINE BENJAMIN, P.C.**<br>Attorney for Plaintiff<br>100 Galleria Officentre – Suite 411<br>Southfield, MI 48034<br>(248) 352-5700<br>(248) 352-1312 – fax<br>gliepshutz@yahoo.com | AUDREY J. FORBUSH (P41744)<br>**PLUNKETT COONEY**<br>Attorney for Defendants<br>Plaza One Financial Center<br>111 E. Court Street – Suite 1B<br>Flint, MI 48502<br>(810) 342-7014<br>(810) 232-3159 – fax<br>aforbush@plunkettcooney.com |

---

### DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST TO PRODUCE and PROOF OF SERVICE

**NOW COME** the Defendants, **CITY OF MELVINDALE and OFFICER BRIAN BROWNING**, by and through their attorneys, **PLUNKETT COONEY**, and for their Response to Plaintiff's Request to Produce, state as follows:

### REQUESTS

1. Copies of all lawsuits filed against the Defendant Police Department from 2007 to the present date.

**RESPONSE:**

Defendants object to this request to produce as it seeks information which is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Moreover, the Melvindale Police Department is not a separate legal entity capable of being sued. Finally, lawsuits filed against the City of Melvindale are matters of public record and easily accessible by the Plaintiff.

2. Copies of all reports, statements concerning the incident identified in Plaintiff's Complaint.

**RESPONSE:**

**All such reports / statements concerning the incident identified in Plaintiff's Complaint have been produced as part of Defendants' Initial Disclosures.**

Respectfully submitted,

PLUNKETT COONEY

By _____
AUDREY J. FORBUSH (P41744)
Attorney for Defendants
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI 48502
(810) 342-7014
aforbush@plunkettcooney.com

Dated: July 9, 2013

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by mailing the same to them at their respective business addresses as disclosed by the pleadings of record herein, with postage fully prepaid thereon on July 9, 2013. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

_____
KATHALEEN M. FORDE

Open.20213.31061.13066920-1