## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MANUEL STAPLETON,

      Plaintiff,

v.

CITY OF MELVINDALE,
OFFICER BRIAN BROWNING,
BADGE #ME037

      Defendants.

CASE NO.:  2:13-cv-11848-SJM-LJM
HON.  STEPHEN J. MURPHY III
MAG. JUDGE LAURIE J. MICHELSON

_____

## STIPULATION AND ORDER FOR DISMISSAL
## OF DEFENDANT, OFFICER BRIAN BROWNING BADGE #ME037

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that Defendant, Officer Brian Browning, only, be dismissed as a party to the above-entitled cause of action, with prejudice, and without costs, interest or attorney fees to either party.

By */s/ Greg Liepshutz (w/consent)*
  GREG LIEPSHUTZ  (P37573)
  Attorney for Plaintiff

By */s/ Audrey J. Forbush*
  AUDREY J. FORBUSH  (P41744)
  Attorney for Defendants

**2**

## ORDER FOR DISMISSAL
## OF OFFICER BRIAN BROWNING BADGE #ME037

Upon the reading and filing of the foregoing stipulation of the parties; and

the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, Officer Brian Browning, only,

be and is hereby dismissed as a party to the above-entitled cause of action, with

prejudice, and without costs, interest or attorney fees to either party.

**SO ORDERED.**

**s/Stephen J. Murphy, III**
**Stephen J. Murphy, III**
**United States District Judge**

**Dated:  January 1, 2014**

**I hereby certify that a copy of the foregoing document was served upon the**
**parties and/or counsel of record on January 1, 2014, by electronic and/or ordinary**
**mail.**

**s/Carol Cohron**
**Case Manager**

**2**